M. J. GROSSMAN, INC., Respondent, *v.* DAVID W. GENTLE POST No. 618 OF AMERICAN LEGION, Defendant, and RICHARD POSNER, Commander, Appellant.

Supreme Court, Appellate Term, First Department, March 9, 1933.

*Samuel S. Goodman*, for the appellant.

*Arnstein & Levine* [*Sidney S. Levine* of counsel], for the respondent.

PER CURIAM. The mere fact that the defendant signed the lease on behalf of the David W. Gentle Post No. 618 of American Legion did not make him a party to the instrument. Nor could he be held personally liable for the debts of the post, since it is a local

subdivision of a corporation created under the laws of the United States and thus occupies the status of a domestic corporation. (Civ. Prac. Act, § 7, subd. 7.)

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

All concur; present, LYDON, FRANKENTHALER and UNTERMYER, JJ.